IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00547-BNB

DAVON Q. WILLIAMS,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
GARY WILSON, Director, in His Individual Capacity, Denver Sheriff,
DEPUTY SHARP, in His Individual Capacity, Denver Sheriff,
DENVER HEALTH, and
ALEX MARTINEZ, in His Individual Capacity, Manager of Public Safety, City and
    County of Denver,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Davon Q. Williams, initiated this action by filing a Prisoner Complaint in the Denver District Court on January 16, 2013, complaining about the conditions of his confinement at the Simonet Detention Center in Denver, Colorado. (ECF # 1-4). Defendants removed the action to this Court on March 1, 2013, after receiving notice of the lawsuit on February 1, 2013. (ECF # 1, at 1).

In a March 5, 2013 Order, Magistrate Judge Boyd N. Boland reviewed the Complaint and determined that it is deficient because Mr. Williams fails to allege specific facts to show the personal participation of each of the Defendants in a violation of his constitutional rights. Magistrate Judge Boland therefore ordered Plaintiff to file an amended complaint within thirty days of the March 5 Order. The March 5 Order warned Mr. Williams that failure to file an amended complaint by the court-ordered deadline

would result in dismissal of the action without further notice.

On March 13, 2013, the copy of the March 5, 2013 Order mailed to Mr. Williams was returned to the Clerk of the Court as undeliverable and stamped "Released." (ECF # 7).

Mr. Williams has failed to file an amended complaint by the court-ordered deadline. Furthermore, it appears that Plaintiff has been released from jail, but he has not filed a change of address with the Court, as required by D.C.COLO.LCivR 10.1M. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Williams' failure to comply with the March 5, 2013 Order Directing Plaintiff to File an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 12th day of April, 2013.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court