IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00547-LTB

DAVON Q. WILLIAMS,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
GARY WILSON, Director, in His Individual Capacity, Denver Sheriff,
DEPUTY SHARP, in His Individual Capacity, Denver Sheriff,
DENVER HEALTH, and
ALEX MARTINEZ, in His Individual Capacity, Manager of Public Safety, City and
    County of Denver,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 12, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 12 day of April, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk


                      By: s/ M.J. Garcia
                          Deputy Clerk